AO 91 (Rev. 11/11) Criminal Complaint                                    AUSA Holly Lanchantin (312) 523-6363

**FILED**
4/2/2026 LM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MARK A. SANCHEZ

CASE NUMBER: ~~26 CR 114~~ 26CR144

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about April 1, 2026, at Hoffman Estates, Illinois, in the Northern District of Illinois, Eastern Division, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2113(a) | attempted by force and violence, and by intimidation to take from the person or presence of a bank employee money belonging to, and in the care, custody, control, management, and possession of Huntington Bank located at 1485 W Palatine Rd, Hoffman Estates, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Company. |

This criminal complaint is based upon these facts:

 X  Continued on the attached sheet.

*Herbert E. Hogberg III*

HERBERT E. HOGBERG III
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: April 2, 2026

*Judge's signature*

City and state: Chicago, Illinois                    YOUNG B. KIM, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, HERBERT E. HOGBERG III, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for 24 years. My current responsibilities include the investigation of violent crimes, including, among others, kidnaping, bank robbery, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that MARK A. SANCHEZ ("SANCHEZ") has violated Title 18, United States Code, Section 2113(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging SANCHEZ with attempted bank robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and circumstances described herein, interviews of bank employees and witnesses, review of documents provided by bank personnel and other witnesses, and review of the bank's video surveillance images, and surveillance footage from the bank and the Jewel-Osco store it is located within.

## FACTS SUPPORTING PROBABLE CAUSE

4. As detailed below, on or about April 1, 2026, at approximately 9:06 a.m., SANCHEZ entered a Jewel-Osco grocery store located at 1485 W. Palatine Road, Hoffman Estates, Illinois, and approached the Huntington Bank ("the Bank") located therein. SANCHEZ approached a bank teller ("Teller 1"), stated, in substance, "I need to make a withdrawal, I need all your hundreds," and then displayed a loaded, black semi-automatic handgun. Teller 1 stalled SANCHEZ by stating he/she had to make a call to release the funds and instead left the teller station and called the police. After Teller 1 left the teller counter, SANCHEZ demanded money from a second bank teller before he grew impatient and left the Bank through the Jewel-Osco. Responding law enforcement officers arrested SANCHEZ as he left the Jewel-Osco and SANCHEZ identified himself as the bank robber. At the time of his arrest, he possessed a loaded semi-automatic firearm. After his arrest, SANCHEZ waived his *Miranda* rights and admitted he attempted to rob the Bank with the firearm.

5. According to Huntington National Bank's FDIC certificate, the deposits of Huntington Bank were insured by the Federal Deposit Insurance Corporation ("FDIC") at the time of the attempted bank robbery.

### *April 1, 2026, Attempted Bank Robbery*

6. As part of the investigation, law enforcement interviewed Teller 1. According to a law enforcement interview with Teller 1, on or about April 1, 2026, Teller 1 was employed by the Bank and was working at a teller station at the Bank. According to Teller 1, at approximately 9:10 a.m., a white male ("the Robber") arrived

2

at the Bank. According to Teller 1, the Robber appeared to be approximately 30-years old, approximately 5'8" tall, approximately 190 pounds, and wearing a long dark wig, a blue disposable surgical mask, and a puffy blue winter coat.

7.      According to Teller 1, when the Robber approached the teller station, he stated, "I need to make a withdrawal, I need all of your hundreds." The Robber then opened a black case and revealed a black semi-automatic handgun to Teller 1. According to Teller 1, he/she realized he/she was being robbed. In an effort to stall the Robber and obtain help, Teller 1 told the Robber, in effect, that he/she had to make a call to get hundred-dollar bills released. According to Teller 1, Teller 1 then went to his/her office and called the Bank's security to advise them of the robbery. According to Teller 1, the Bank's security confirmed the Robber was on video surveillance and advised Teller 1 to call 911. According to Teller 1, Teller 1 called 911 and reported the bank robbery.

8.      As part of the investigation, law enforcement interviewed Teller 2. According to a law enforcement interview with Teller 2, on or about April 1, 2026, Teller 2 was employed by the Bank and was working at a teller station at the Bank. According to Teller 2, Teller 2 observed the Robber approach Teller 1's teller station. According to Teller 2, the Robber was a white male, appeared in his late 20s to early 30s, had dark brown hair that resembled a wig, was wearing a surgical mask, a puffy blue jacket, and was carrying a blue zipper money bag.

9.      According to Teller 2, he/she heard the Robber say "I want all hundreds" to Teller 1.  According to Teller 2, he/she saw Teller 1 signal a gun sign with his/her

3

hand, which Teller 2 understood to be a signal that the Robber had a gun. Teller 2 saw Teller 1 make a phone call and walk to his/her office. According to Teller 2, after Teller 1 went to his/her office, the Robber told Teller 3 to open his/her teller drawer. According to Teller 2, Teller 3 complied, but the drawer was empty. According to Teller 2, the Robber told Teller 3 to put his/her hands up, but Teller 3's hands remained at his/her side. According to Teller 2, the Robber demanded cash from Teller 2's teller drawer. Teller 2 told the Robber, in substance, that the branch had no cash and was experiencing technical issues. According to Teller 2, he/she then activated the security button by his/her desk.

10. According to Teller 2, the Bank's security called the teller desk. Teller 2 answered the phone and, after hearing the Bank's security phrase, responded with the security code. According to Teller 2, the Robber questioned why he/she was on the phone. Teller 2 explained it was to release the hundreds. According to Teller 2, the Robber grew impatient and walked away through the Jewel-Osco grocery store until Teller 2 lost sight of him. According to Teller 2, after he/she lost sight of the Robber, Teller 2 and Teller 3 went to Teller 1's office.

11. As part of the investigation, law enforcement also interviewed Teller 3. According to a law enforcement interview with Teller 3, on or about April 1, 2026, Teller 3 was employed by the Bank and was working at a teller station at the Bank on the morning of April 1. According to Teller 3, Teller observed the Robber approach the teller counter carrying a blue zipper bag and stated, "I want to make a withdrawal." According to Teller 3, the Robber displayed a black item that Teller 3

thought to be a wallet. According to Teller 3, Teller 3 then realized the black item contained a small black handgun. Teller 3 then heard the Robber state, "give me all your one-hundreds." According to Teller 3, the Robber told Teller 3, "you need to show me your hands." In response, Teller 3 sat down at his/her teller station with his/her hands on the counter. Teller 3 made a gun signal with his/her hands to Teller 2 to alert Teller 2 that the Robber had a gun. According to Teller 3, the Robber appeared antsy and began to pace before walking down an aisle in the store and out of sight.

12. According to Teller 3, the Robber was a white male, approximately 5'10" tall, had long black, unruly hair, and was wearing glasses, a blue surgical mask, and a puffy blue jacket.

13. Based on my review of law enforcement reports and the surveillance footage of the Bank and Jewel-Osco, at approximately 9:06 AM, the Robber entered the Jewel-Osco and, at approximately 9:08 AM, approached a teller station at the Bank. He wore a dark-colored puffy jacket, an unruly long black wig, a surgical mask, and glasses. A still image of the Bank surveillance footage depicting the Robber is below.



14.     Based on my review of Bank surveillance stills, the Robber displayed what appears to be a semi-automatic handgun to the tellers.  A still image depicting the Robber displaying the apparent handgun is below.



15. Based on my review of law enforcement reports and the surveillance footage of the Bank and Jewel-Osco, after waiting for approximately 7 to 8 minutes at the teller line, the Robber left the area of the Bank.

### *SANCHEZ'S Identification as the Robber*

16. Based on my interview with law enforcement officers, Hoffman Estates Police Department ("HEPD") officers responded to a dispatch call about the attempted bank robbery. At approximately 9:20 a.m., law enforcement officers[1] entered the Jewel-Osco and observed a man, later identified as SANCHEZ, walking toward them. According to the officers SANCHEZ stated, to the effect, "It's me" and "I am the one you are looking for." The officers arrested SANCHEZ without incident inside the Jewel-Osco at approximately 9:21 a.m.[2]

17. According to Illinois Secretary of State records, SANCHEZ is 23 years old, 5' 8" tall, and 159 pounds.

18. According to the officers, at the time of his arrest, SANCHEZ was dressed in a long dark wig, glasses, a disposable surgical mask, a puffy jacket, and was carrying a blue zippered pouch, which is consistent with the clothing worn by the Robber, as captured in surveillance stills and described by the victim tellers.

19. Shortly after HEPD officers arrested SANCHEZ, they recovered from SANCHEZ's person, a blue zipper pouch. A photograph of the pouch is below.

---

[1] An Inverness, Illinois Police Commander was inside the Jewel-Osco for unrelated reasons when he heard the call over the radio. He exited the store and met HEPD officers outside. He and HEPD entered the store as first responders.

[2] HEPD arrested him on suspicion of Illinois state robbery.



20.     Based on my review of law enforcement reports, at the time of SANCHEZ's arrest, officers recovered a black gun holder from inside the blue zipper pouch that contained a black semi-automatic handgun. The handgun was loaded and had a single bullet in the chamber. A photograph of the semi-automatic handgun and gun holder are below.

8




21.    Based on my review of law enforcement reports, at the time of SANCHEZ's arrest, he was wearing a dark-colored wig, glasses, and a surgical mask. Photographs of the wig, surgical mask, and glasses are below.




22. Based on my initial examination of the firearm, it passed a function check and appears to be operable.[3] Specifically, based on my initial examination, the magazine release functioned properly, the upper receiver functioned properly, the slide lock functioned properly, the slide release functioned properly, and the firing pin functioned properly when the trigger was pulled. Based on my observations, there is no serial number or make or model visible on the firearm. Based on my observations, the firearm appears stamped with the number 43. Based on my training and experience, these factors indicate the firearm is a "ghost gun." Based on my observations, the firearm appeared to have been previously fired.

### *Post-Arrest Interview and Federal Arrest*

23. On or about the afternoon of April 1, 2026, I interviewed SANCHEZ at the Hoffman Estates Police Department. The interview was audio and video recorded. In summary, after providing a written *Miranda* waiver, SANCHEZ stated that he went to the Bank with a handgun to rob it. SANCHEZ stated he intended to use the handgun to make the tellers comply with his demand for money, but that he did not intend to hurt anyone. He stated he displayed the gun to the teller, but did not point it at anyone.

24. At approximately 6:20 p.m, on April 1, 2026, I made a probable cause arrest of SANCHEZ for attempted bank robbery, in violation of Title 18, United States Code, Section 2113(a).

---

[3] The firearm is being sent for further examination, including test firing.

## CONCLUSION

25.     Based on the foregoing facts, I respectfully submit that there is probable cause to believe that, on or about April 1, 2026, MARK A. SANCHEZ attempted by force and violence, and intimidation, to take from the person and presence of a bank employee money belonging to, and in the care, custody, control, management, and possession of Huntington Bank located at 1485 W Palatine Road, Hoffman Estates, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

*Herbert E. Hogberg III*

HERBERT E. HOGBERG III
Special Agent, Federal Bureau of
Investigation

SWORN TO AND AFFIRMED by telephone April 2, 2026.

Honorable YOUNG B. KIM
United States Magistrate Judge

11